1194

No. 00–7631. MARSH v. SOARES, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–7633. LYNCH v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 00–7634. MCKIBBEN v. HEAD, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 00–7638. JENNINGS-JONES v. CHILDREN'S HARBOR, INC. C. A. 11th Cir. Certiorari denied.

No. 00–7641. MACKEY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–7646. MADSEN v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 00–7647. JOHNSON v. CHOATE ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–7650. MILLER v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 00–7651. PERRY v. BLACKWELL, ADMINISTRATOR, EDNA MAHAN CORRECTIONAL FACILITY FOR WOMEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–7652. JAMES v. HEARVY ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–7653. SALINAS MESTIZA v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–7655. MCCALLUP v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 00–7658. ZIEGLER v. MICHIGAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–7659. METZENBAUM v. MARK GLASSMAN, INC., ET AL. Ct. App. Ohio, Cuyahoga County. Certiorari denied.